**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-1394**

_____

In Re:  BOYCE ALLEN BRASINGTON,

                                                    Debtor.

_____

STANLEY SHAPIRO; DYAN BRASINGTON,

                                    Plaintiffs - Appellees,

        versus

BOYCE ALLEN BRASINGTON,

                                    Defendant - Appellant,

        and

KIM Y. JOHNSON, Trustee,

                                                    Trustee.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Frederic N. Smalkin, Chief District Judge.
(CA-02-312-S, BK-00-4129-SD, AP-01-5084-SD)

_____

Submitted:  August 30, 2002      Decided:  September 23, 2002

_____

Before MICHAEL, TRAXLER, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

J. Marcus Slowiak, Annapolis, Maryland, for Appellant. Stanley Shapiro, Dyan Brasington, Appellees Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Boyce Allen Brasington appeals from the district court's order affirming the bankruptcy court's order determining that a marital debt was not dischargeable in his bankruptcy proceeding. Our review of the record and the opinions below discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. See Brasington v. Shapiro, Nos. CA-02-312-S; BK-00-4129-SD; AP-01-5084-SD (D. Md. March 7, 2002). The Appellees' motions for summary affirmance/dismissal, for sanctions, and to impose an appeal bond are hereby denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED